

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-19-00020-CV

_____

ROMEO AMAONWU, Appellant

V.

MAHINDA A. RUWANPATHIRANA, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2018-03814

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

On August 2, 2019, we notified Romeo Amaonwu that the appellant's brief filed on August 1, 2019, is deficient, specifically listing the ways in which the brief does not comply with the rules of appellate procedure; in particular, it is entirely devoid of record citations and citation to authority. *See* Tex. R. App. P. 9.4(e), (i)(3), 38.1(a)–(b), (g), (i)–(k). We directed appellant to file an amended brief complying with the appellate rules no later than Monday, August 12, 2019, and warned appellant that the failure to do so could result in our striking the noncompliant brief and dismissing the appeal. *See* Tex. R. App. P. 9, 38.8(a)(1), 38.9(a), 42.3; 2nd Tex. App. (Fort Worth) Loc. R. 1. Appellant has not responded to our letter and has not filed a compliant brief.

Because appellant has failed to file a compliant amended brief despite being given the opportunity to do so, we strike appellant's brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f).

Per Curiam

Delivered:  August 26, 2019

2